UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00659

**Lisa Diane Sanderson,**
*Plaintiff,*

v.

**Commissioner, SSA,**
*Defendant.*

## ORDER

On January 26, 2022, plaintiff Lisa Sanderson filed a motion for attorney fees under the Equal Access to Justice Act ("EAJA"). Doc. 29. The Commissioner did not file a response. The motion was referred to United States Magistrate Judge John D. Love for findings of fact and recommendation for disposition.

On February 11, 2022, Judge Love issued a report and recommendation, recommending that plaintiff's motion be granted and that the Commissioner pay to plaintiff the sum of $4,630.35 in reasonable attorney fees under the EAJA. Doc. 30.

Neither party has filed objections to the report and recommendation, and the timeframe for doing so has passed. The court therefore reviews the magistrate judge's findings for clear error or abuse of discretion and reviews his legal conclusions to determine whether they are contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a magistrate judge's report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the magistrate judge's report (Doc. 30), and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's motion (Doc. 29) is granted, and the Commissioner shall pay to plaintiff the sum of $4,630.35 by making the payment payable to plaintiff and sending the payment to plaintiff's counsel.

*So ordered by the court on March 1, 2022.*

_____
J. CAMPBELL BARKER
United States District Judge